IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **KAREEM J. HOWELL,**<br><br>                                    Plaintiff,<br><br>v.<br><br>**J. GALLAGHER, et al.,**<br><br>                                    Defendants. | 1:19-cv-00673 AWI EPG (PC)<br><br>**ORDER GRANTING REQUEST TO OPT OUT OF ADR PROGRAM WITHOUT CONSULTING PLAINTIFF**<br><br>Judge:            The Honorable Erica P. Grosjean<br>Trial Date:     None Set<br>Action Filed: May 16, 2019<br><br>(ECF No. 24) |

Having considered Defendants' request to withdraw from the early settlement conference before communicating with Plaintiff and in light of the difficulties concerning COVID-19, (ECF No. 24), the Court hereby grants Defendants' request to withdraw from early ADR despite not communicating with Plaintiff Kareem J. Howell.

IT IS SO ORDERED.

Dated:   **May 1, 2020**                                    /s/ Erica P. Grosjean
                                                                        UNITED STATES MAGISTRATE JUDGE