**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAREEM J. HOWELL,<br><br>    Plaintiff,<br><br>v.<br><br>J. GALLAGHER, et al.,<br><br>    Defendants. | CASE NO. 1:19-cv-00673-AWI-EPG<br><br>**ORDER GRANTING, IN PART, MOTION TO MODIFY ORDER SETTING INITIAL SCHEDULING CONFERENCE**<br><br>**(ECF No. 28)** |

On March 30, 2020, the Court required initial disclosures and set a scheduling conference for August 12, 2020. (ECF No. 21). On June 29, 2020, Defendant moved to modify the Court's order setting an initial scheduling conference until at least September 11, 2020. (ECF No. 28). Defendant's counsel averred that this motion was in response to a request by the California Department of Corrections and Rehabilitation (CDCR) request to continue "all court hearings, depositions, confidential calls, and in-person meetings through the end of August 2020" in response to the COVID-19 pandemic. (ECF No. 28-2, at 4).

The Court finds good cause to vacate the scheduling conference for the reasons set forth in Defendants' motion. The Court will issue a scheduling order without the benefit of a scheduling conference given the circumstances.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' Motion to Modify Initial Scheduling Conference is GRANTED IN PART.
2. The initial scheduling conference scheduled for August 12, 2020 is hereby VACATED.
3. The parties shall file serve their initial disclosures and file their scheduling conference statements in the manner set forth by the Court's Order Setting an Initial Scheduling Conference (ECF No. 21).  (The Court will issue a scheduling order with the benefit of the Scheduling Conference statements after receiving them).

IT IS SO ORDERED.

Dated:   **June 29, 2020**                                   /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE